Case 2:04-cr-20265-STA   Document 51   Filed 04/26/05   Page 1 of 2   PageID 58

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

05 APR 26 PM 3: 3_

ROBERT R. _____
CLERK, U.S. DI___ _T.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff

VS.

                                CR. NO. 04-20265-B

BRIAN BELL,

    Defendant.

---

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

---

This cause came on for a report date on April 25, 2005. At that time, counsel for the defendant requested a continuance of the May 2, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to June 6, 2005 with a **report date of *Tuesday*, May 31, 2005, at 9:30 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from May 13, 2005 through June 17, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 26th day of April, 2005.

                                J. DANIEL BREEN
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CR-20265 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT