IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ Cy ___ D.C.
05 MAY 24 PM 3: 10
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 04-20265-B/P |
| ) | |
| BRIAN BELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

Before the court is Defendant's Motion for Discovery filed May 3, 2005 (Dkt #53). This matter was referred to the United States Magistrate Judge for determination. The United States has not filed a response, and the time for filing a response to Defendant's Motion for Discovery has passed. The United States is hereby ORDERED to show cause within eleven (11) days from the date of this order why defendant's motion should not be granted.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

5/24/05
Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CR-20265 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT